**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6565

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RODRICKUS ANTONIO JAMISON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:05-cv-00025-jlk-mfu)

Submitted: August 14, 2008      Decided: August 20, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodrickus Antonio Jamison, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodrickus Antonio Jamison appeals the district court's order denying his 18 U.S.C. § 3582 motion . We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United Stats v. Jamison</u>, No. 4:05-cr-00025-jlk-mfu (W.D. Va. Apr. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>